

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-25-00030-CV

GEORGE TEEL, Appellant

V.

NATIONAL FUNDING, INC., Appellee

On Appeal from the 5th District Court
Cass County, Texas
Trial Court No. 19C505

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

Appellant, George Teel, filed his notice of appeal in this matter on April 8, 2025. Appellant is not indigent and is, thus, responsible for paying or making adequate arrangements to pay the clerk's fees and court reporter's fees for preparing the records. *See* TEX. R. APP. P. 37.3(b), (c). The appellate record in this appeal was due to be filed with this Court on or before May 13, 2025. The district clerk notified this Court that Appellant had neither paid for nor made adequate arrangements to pay for preparation of the clerk's record. Likewise, the court reporter informed this Court that she had not received a designation or payment for the reporter's record.

By letter dated May 14, 2025, the clerk of this Court notified Appellant that the clerk's record was late due to his failure to pay the fee and that the court reporter had not received a designation or payment for the reporter's record. The Court gave Appellant until May 27, 2025, to cure the defects. Further, we warned Appellant that, if we did not receive an adequate response to our letter within ten days of the date of the letter, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), (c); 42.3(b).

We received no communication from Appellant responsive to our May 14 correspondence, and the records were not filed. Consequently, this appeal is ripe for dismissal. Pursuant to Rule 37.3, subsections (b) and (c), and Rule 42.3(b), we dismiss this appeal for want of prosecution. *See id.*

Jeff Rambin
Justice

Date Submitted:     June 13, 2025
Date Decided:      June 16, 2025